RECEIPT #_____ 124531
AMOUNT:_____ $ 52.00
JUL 15 2026
CASHIER'S SIGNATURE

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO (now UBS FINANCIAL SERVICES INC.), <br><br> *Ex parte*. | From the United States District Court Southern District of Florida, Case No. 1:22-CV-23924-DPG <br><br> CIVIL NO. 26-MC-247 (GMM) |

26 JUL 15 PM 3:49
CLERK'S OFFICE USDC PR
RECEIVED CASHIER

### REQUEST FOR REGISTRATION OF CERTIFIED JUDGMENT FROM ANOTHER DISTRICT PURSUANT TO 28 U.S.C. § 1963

TO THE HONORABLE COURT:

COMES NOW Petitioner/Judgment Creditor UBS FINANCIAL SERVICES INC. ("UBS"), through the undersigned counsel, and respectfully alleges and prays:

1. On October 25, 2023, the United States District Court for the Southern District of Florida entered final judgment in favor of UBS and against Respondent/Judgment Debtor DAVID EFRON in the amount of SIX MILLLION EIGHT HUNDRED EIGHTY-SEVEN THOUSAND NINE HUNDRED NINETY-EIGHT DOLLARS AND THREE CENTS ($6,887,998.03), plus post-judgment interest pursuant to 28 U.S.C. § 1961[1] until such time as the judgment is satisfied in full (the "Judgment").

2. On April 20, 2026, the Clerk of the United States District Court for the Southern District of Florida issued a *Clerk's Certification of a Judgment to be Registered in Another*

---

[1] UBS calculates the applicable interest rate to be 5.44%, with interest compounded annually, which results in a judgment value of $7,940,845.22 as of June 29, 2026.

*District*, with a copy of the Judgment attached thereto. *See* **Exhibit 1** hereto. The Judgment is final and unappealable. *Id.*

WHEREFORE, UBS respectfully requests this Honorable Court to register the Judgment as requested above.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 15TH day of July 2026.

McCONNELL VALDÉS LLC

By: *s/Sonia M. López del Valle*

SONIA M. LÓPEZ DEL VALLE
USDC-PR No. 231413
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Tel: 787-250-5647
Fax: 787-759-9225
Email: sld@mcvpr.com

*Attorneys for UBS Financial Services Inc.*

2